```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  PETER M. WILLIAMS
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone:  (916) 554-2724
```

FILED

JUL -6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:10-CR-0260

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S- |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| JACK HAROUN, and WHOLESALE PALACE, INC., | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of R. STEVEN LAPHAM, Assistant U.S. Attorney, to Seal the Indictment, and Order dated in the above-referenced case shall be sealed until the arrest of the defendant or until further order of the Court.

SO ORDERED.

DATED: July 6, 2010

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE