

FILED

JUL -6 2010

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S- |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-0260 EB |
| SEALED, | ) | |
| Defendant. | ) | |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: July 6, 2010

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1