```
1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  PETER M. WILLIAMS
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone:  (916) 554-2724
```

FILED

AUG 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CPS 10-260 EJG ✓

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GALIOM MANSOUR, <br> NAEIM HANNO, and <br> SOUTH BAY WHOLESALE, INC., <br><br> Defendants. | CASE NO. CR. S-10-0257 FCD <br><br> ORDER TO SEAL <br> (Under Seal) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADIB SIROPE, <br> RIMOUN MANSOUR, and <br> PAY-LESS WHOLESALE, <br><br> Defendants. | CASE NO. CR. S-10-0258 MCE <br><br> ORDER TO SEAL <br> (Under Seal) |

SEALED

4

```
 1
    UNITED STATES OF AMERICA,        )   CASE NO. CR. S-10-259 FCD
 2                                   )
                  Plaintiff,         )   ORDER TO SEAL
 3                                   )   (Under Seal)
    v.                               )
 4                                   )
    ATIF HENAN,                      )
 5  ATEF SHEHATA,                    )
    SAMY GIRGIS, and                 )
 6  SOHEIR GIRGIS,                   )
                                     )
 7                Defendants.        )
                                     )
 8  _____
                                     )
 9  UNITED STATES OF AMERICA,        )   CASE NO. CR. S-10-0260 EJG
                                     )
10                Plaintiff,         )   ORDER TO SEAL
                                     )   (Under Seal)
11  v.                               )
                                     )
12  JACK HAROUN, and                 )
    WHOLESALE PALACE, INC.,          )
13                                   )
                  Defendants.        )
14  _____)
```

15    The Court hereby orders that the Notice of Related Case, the
16 Petition of R. STEVEN LAPHAM, Assistant U.S. Attorney, to Seal the
17 Notice of Related Case, and Order dated in the above-referenced case
18 shall be sealed until the arrest of a defendant in each of the
19 referenced cases or until further order of the Court.
20    SO ORDERED.
21 DATED: 8/5/10

                                    _____
                                    HONORABLE EDWARD J. GARCIA
                                    UNITED STATES DISTRICT JUDGE

5