BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant United States Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  v.<br><br>JACK HAROUN, and<br>WHOLESALE PALACE, INC.,<br><br>             Defendants. | CR. NO. S-10-260 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:  August 30, 2010<br>TIME:  10:00am<br>COURT: Courtroom 2 |

    IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendants Jack Haroun and Wholesale Palace, Inc., through their undersigned counsel Alex Kessel, that the status conference presently set for August 30, 2010, be continued to September 27, 2010 at 10:00 a.m., thus vacating the presently set status conference.

    The parties stipulate and agree that the continuance is necessary to permit defense counsel to review discovery recently provided by the government numbering 13,678 pages.

1

The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and that the requested continuance is necessary to permit defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by granting this continuance therefore outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: August 26, 2010        /s/ R. Steven Lapham
                              R. STEVEN LAPHAM
                              Assistant U.S. Attorney


Dated: August 26, 2010        /s/ *Alex Kessel*
                              MICHAEL G. RABB
                              Attorney for Defendants Jack
                              Haroun and Wholesale Palace


**ORDER**

IT IS SO ORDERED.

Dated: August 26, 2010

                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE