**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
**JACK HAROUN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CASE NO. S10-260-FCD |
|         **Plaintiff,** | ) **STIPULATION AND ORDER** |
|                  v. | ) **CONTINUING STATUS CONFERENCE** |
| **JACK HAROUN,** | ) DATE: 9/27/10 |
|         **Defendant.** | ) TIME: 10:00AM |
| | ) COURT: Courtroom 2 |

    IT IS HEREBY stipulated between defendants Jack Haroun and Wholesale Palace, Inc., throught their undersigned counsel Alex Kessel, and the United States of America, through its undersigned counsel, Special Assistant U.S. Attorney Peter Williams, that the status conference presently set for September 27, 2010 at 10:00 a.m., be continued to January 10, 2011 at 10:00 a.m., thus vacating the presently set status conference.

    The parties stipulate and agree that the continuance is necessary to permit defense counsel to review discovery recently provided by the government number 13,678 pages.

    The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C. §3161(h)(7)(B)(ii) and that the requested continuance is necessary to permit defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice

1

served by granting this continuance therefore outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161 (h)(7)(A).

DATED: September 23, 2010         Respectfully Submitted,


/s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant
JACK HAROUN


Dated: September 23, 2010         BENJAMIN B. WAGNER
United States Attorney


/s/ Peter Williams
PETER WILLIAMS
Special Assistant United States Attorney


**ORDER**

IT IS SO ORDERED:

Dated:  September 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2