**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
**JACK HAROUN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR. S-10-260-FCD |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) |
| JACK HAROUN, | ) DATE:  01/10/11 |
| | ) TIME:   10:00AM |
| Defendant. | ) COURT: Courtroom 2 |
| | ) |

    IT IS HEREBY stipulated between defendants Jack Haroun and Wholesale Palace, Inc., through their undersigned counsel Alex Kessel, and the United States of America, through its undersigned counsel, Special Assistant U.S. Attorney Peter Williams, that the status conference presently set for January 10, 2011 at 10:00 a.m., be continued to **February 3, 2011 at 10:00 a.m., before Judge Kimberly J. Mueller in Courtroom 3**, thus vacating the presently set status conference.

    The parties stipulate and agree that the continuance is necessary to permit defense counsel to review discovery recently provided by the government number 13,678 pages.

    The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C. §3161(h)(7)(B)(ii) and that the requested continuance is necessary to permit defense counsel reasonable time necessary for effective preparation, taking into account the exercise of

1

due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by granting this continuance therefore outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). Defendant agrees to exclude time under the Speedy Trial Act from the date of the filing of the order until the date of the new status conference.

DATED: January 6, 2011   Respectfully Submitted,

/s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant
JACK HAROUN

Dated: January 6, 2011   BENJAMIN B. WAGNER
United States Attorney

/s/ Peter Williams
PETER WILLIAMS
Special Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  January 6, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2