**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
**JACK HAROUN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-cr-00260 KJM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | DATE: 02/03/11 |
| JACK HAROUN, | TIME: 10:00AM |
| Defendant. | COURT: Courtroom 2 |

    IT IS HEREBY stipulated between defendants Jack Haroun and Wholesale Palace, Inc., through their undersigned counsel Alex Kessel, and the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, that the status conference presently set for February 3, 2011 at 10:00 a.m., be continued to March 24, 2011 at 10:00 a.m., thus vacating the presently set status conference.

    The parties stipulate and agree that the continuance is necessary to permit defense counsel to review discovery provided by the government number 13,678 pages.

    Defense counsel is presently engaged in trial in the matter of People vs. Brian Ly, case number 09ZF0065 in Department 40 of the Orange County Superior Court. This is a multiple defendant assault with firearm and robbery case with weapons and gang enhancements. This matter arises out of an offense date on April 30, 2008.

1

Counsel will be engaged in a long cause preliminary hearing beginning February 7, 2011 in the matter of People vs. George Mirabal, et al, case number BA376025(03) in Department 30 of the Los Angeles County Superior Court, Central District in Los Angeles. This is a six defendant, twenty count misappropriation of public funds by council members from the City of Bell case wherein one defendant is in custody and will not waive time.  This matter is estimated to last two weeks.

The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C. §3161(h)(7)(B)(ii) and that the requested continuance is necessary to permit defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by granting this continuance therefore outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). Defendant agrees to exclude time under the Speedy Trial Act from the date of the filing of the order until the date of the new status conference.

DATED: February 1, 2011             Respectfully Submitted,

/s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant
JACK HAROUN

Dated: February 1, 2011             BENJAMIN B. WAGNER
United States Attorney

/s/ R. Steven Lampham
R. STEVEN LAPHAM
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: February 3, 2011.

_____
UNITED STATES DISTRICT JUDGE

2