```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  PETER WILLIAMS
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. NO.  S-10-260 JAM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER SETTING |
| JACK HAROUN, and | ) | STATUS CONFERENCE |
| WHOLESALE PALACE, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendant Jack Haroun, through his undersigned counsel Alex Kessel, that the status conference be set in this matter for **July 26, 2011**, 9:30a.m. in Courtroom 6.

   The parties stipulate and agree that the setting is necessary because no status conference has yet been set since this matter has been reassigned to this Court, and also to permit defense counsel to review discovery provided by the government.

   The parties further stipulate and agree that this is a complex case within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and that the exclusion of time during the period needed for defense

1

counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U. S. C. § 3161 (h) (7) (A), and therefore time should be excluded from the date of the order of reassignment of this case from Judge Mueller to Judge Mendez, March 21, 2011, through and until July 26, 2011.

Respectfully submitted,

Dated: June 9, 2011            BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ R. Steven Lapham
                               R. STEVEN LAPHAM
                               Assistant U.S. Attorney


Dated: June 9, 2011            /s/ Alex R. Kessel
                               ALEX R. KESSEL
                               Attorney for Defendant Jack Haroun

**ORDER**

IT IS SO ORDERED.

Dated: 6/13/2011                              /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United State District Judge