LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq (Bar no.: 110715)
16542 Ventura Blvd., Suite 305
Encino, CA 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO.   S-10-260 JAM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER SETTING |
| JACK HAROUN, and ) | STATUS CONFERENCE |
| WHOLESALE PALACE, INC. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    IT IS HEREBY stipulated between Defendant Jack Haroun, by and through his attorney, Alex R. Kessel and the United States of America, by and though its attorney , Assistant U.S. Attorney Peter Williams, that the status conference be set in this matter for September 20, 2011, 9:30a.m. in Courtroom 6.

    Defense counsel will be engaged in preliminary hearing in the matter of People vs. Alexander Aviles, case number BA379817 in Division 37 of the Los Angeles County Superior Court, Central District in Los Angeles. This is a gross vehicular manslaughter while intoxicated case wherein the Court has ordered parties to proceed with the preliminary hearing on July 26, 2011.

    The parties stipulate and agree that this is a complex case within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and that

1

the exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendants in a speedy trial 18 U. S. C. § 3161 (h) (7) (A), and therefore defendant agrees to exclude time under the Speedy Trial Act from the date of the filing of the order until the date of the new status conference.

Respectfully submitted,

Dated: July 25, 2011             BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Peter M. Williams
                                 _____
                                 PETER M. WILLIAMS
                                 Special Assistant U.S. Attorney


Dated: July 25, 2011             /s/ Alex R. Kessel
                                 _____
                                 ALEX R. KESSEL
                                 Attorney for Defendant Jack Haroun


**ORDER**

IT IS SO ORDERED.

Dated: 7/25/2011                         /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         United State District Judge