**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Claimant
**JACK HAROUN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JACK HAROUN<br><br>       Defendant | CASE NO. 2:10-CR-260-JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE:  November 8, 2011<br>TIME:    9:30 AM<br>COURT: Courtroom 6 |

   IT IS HEREBY stipulated between Defendant Jack Haroun, by and through his attorney, Alex R. Kessel and the United States of America, by and though its attorney, Assistant U.S. Attorney Steven Lapham, that the status conference be set in this matter for November 8, 2011, 9:30.m. in Courtroom 6.

   Defense counsel will be engaged in trial September 20, 2011 on the matter of People vs. Beverly Beverly, case number MA051039, in Department A-21 of the Los Angeles County Superior Court,  Michael Antonovich Antelope Valley Courthouse. This is a one defendant Assault with a deadly weapon case wherein the defendant is out of custody.

   Beginning October 11, 2011, defense counsel will be engaged in trial on the matter of People vs. Randy Harp, Case Number BA358363, in Department 133 of the Los Angeles County

Superior Court, Clara Shortridge Foltz Criminal Justice Center. This is a three defendant case sale of a controlled substance, possession for sale of a controlled substance, transportation of a controlled substance, possession of a firearm by a felon with multiple priors alleged in five counts, attempted willful deliberated and premeditated murder, and transportation of phencyclidine wherein the defendant is in custody. Trial estimate is three to four weeks.

The government does not object to the continuance.

The parties stipulate and agree that these are complex cases within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and that the exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendants in a speedy trial 18 U. S. C. § 3161 (h) (7) (A), and therefore defendant agrees to exclude time under the Speedy Trial Act from the date of the filing of the order until the date of the new status conference.

Dated: September 16, 2011                    Respectfully submitted,

                                             /s/ Alex R. Kessel
                                             ALEX R. KESSEL
                                             Attorney for Defendant
                                             Jack Haroun


Dated: September 16, 2011                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Steven Lapham
                                             STEVEN LAPHAM
                                             Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS SO ORDERED.

Dated:  September 16, 2011              /s/ John A. Mendez_____
                                        JOHN A. MENDEZ
                                        United State District Judge

PDF created with pdfFactory trial version www.pdffactory.com