**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Claimant
**JACK HAROUN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>vs.<br>JACK HAROUN<br>         Defendant | CASE NO. 2:10-CR-260-FCD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE:   November 8, 2011<br>TIME:    9:30 AM<br>COURT: Courtroom 6 |

IT IS HEREBY stipulated between Defendant Jack Haroun, by and through his attorney, Alex R. Kessel and the United States of America, by and though its attorney, Assistant U.S. Attorney Steven Lapham, that the status conference be set in this matter for December 13, 2011, 9:30.m. in Courtroom 6.

Counsel has a motions hearing date on a federal matter  November 10, 2011 in the matter of U.S.A vs. Antonio Sandoval, case number 11-CR-407  in the Eastern District of Virginia, Alexandria Division. This is a multiple defendant conspiracy and cocaine distribution case wherein the defendant is in custody. Counsel has a Trial date set for November 21, 2011 in the matter of U.S.A vs. Antonio Sandoval, case number 11-CR-407  in the Eastern District of Virginia, Alexandria Division in front of Judge Cacheris.

Counsel has a pre-paid family vacation scheduled late December.

PDF created with pdfFactory trial version www.pdffactory.com

Counsel has a trial set for January 3, 2012, in the matter of People vs. Ismael Marquez, Case number: BA364222, in Department 114 of the Los Angeles County Superior Court, Clara Shortridge Foltz Criminal Justice Center in Los Angeles. This is a murder case wherein the defendant is in custody.

The government does not object to the continuance.

The parties stipulate and agree that these are complex cases within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and that the exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendants in a speedy trial 18 U. S. C. § 3161 (h) (7) (A), and therefore defendant agrees to exclude time under the Speedy Trial Act from the date of the filing of the order until the date of the new status conference.

Dated: November 7, 2011                                Respectfully submitted,

                                                    /s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant
Jack Haroun

Dated: November 7, 2011

                                                   /s/ Steven Lapham
STEVEN LAPHAM
Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS SO ORDERED.

Dated:  11/7/2011                                                    /s/ John A. Mendez
                                                                                     JOHN A. MENDEZ
                                                                                     United State District Judge

PDF created with pdfFactory trial version www.pdffactory.com