**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408


Attorney for Defendant
**JACK HAROUN**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 10-CR-00260-JAM** |
| ) | |
| Plaintiff, ) | **STIPULATION RE: PERMISSION** |
| ) | **FOR DEFENDANT TO LEAVE CENTRAL** |
| vs. ) | **DISTRICT JURISDICTION; ORDER** |
| ) | **THEREON** |
| JACK HAROUN, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED**, by and between plaintiff, the UNITED STATES OF AMERICA, and defendant JACK HAROUN, through his counsel of record that:

    1.    Defendant Jack Haroun be permitted to leave the jurisdiction of the Central District of California for a 39th year anniversary cruise with his wife. Mr. Haroun will depart from Tampa, Florida, to Cozumel, Mexico from December 1, to December 8 , for a period of 7 days;

    2.    Defendant Jack Haroun, upon arriving in Tampa, Florida shall contact his pretrial services officer and advise them of the defendant's location before boarding cruise to Cozumel, Mexico ; and

1

3.  Defendant Jack Haroun, upon return to his place of residence in the Central District shall contact his pretrial services officer and advise them of defendant's return from Cozumel, Mexico.

4. The Government has no opposition to Mr. Haroun's travel.

5. Pretrial Officer Adriana Corona has no position on international travel.

6. Which on pretrial supervision, defendant has had no violations.

DATED: November 21, 2011

/S/ Alex R. Kessel

ALEX R. KESSEL
Attorney for Defendant,
JACK HAROUN

DATED: November 21, 2011

/S/ Robert S. Lampham
Robert S. Lapmham
Assistant United States Attorney
for Plaintiff, UNITED STATES OF AMERICA

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: 11/21/2011            /s/ John A. Mendez
                             JUDGE JOHN A. MENDEZ,
                             UNITED STATES DISTRICT COURT

2