ALEX R. KESSEL (State Bar No. 110715)
LAW OFFICES OF ALEX R. KESSEL
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
JACK HAROUN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-10-260-KJM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | DATE: 02/14/12 |
| JACK HAROUN, | TIME: 9:30AM |
| Defendant. | COURT: Courtroom 6 |

IT IS HEREBY stipulated between defendants Jack Haroun and Wholesale Palace, Inc., through their undersigned counsel Alex Kessel, and the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, that the status conference presently set for February 14, 2012 at 9:30 a.m., be continued to April 3, 2012 at 9:30 a.m., thus vacating the presently set status conference.

The parties stipulate and agree that the continuance is necessary to permit defense counsel and government to continue to working on plea agreement.

Defense is schedule to begin a trial February 22, 2012 on the matter of U.S.A vs. Kristine Ogandzhanyan, Case no.:CR09-248-DOC, This is a case conspiracy to commit bank fraud multiple defendant case wherein the defendant is out of custody, which is estimated to last through middle of March.

1

1  The parties further stipulate and agree that this is a complex case within the meaning of 18
2  U.S.C. §3161(h)(7)(B)(ii) and that the requested continuance is necessary to permit defense
3  counsel reasonable time necessary for effective preparation, taking into account the exercise of
4  due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice
5  served by granting this continuance therefore outweigh the best interests of the public and the
6  defendants in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). Defendant agrees to exclude time under
7  the Speedy Trial Act from the date of the filing of the order until the date of the new status
8  conference.

DATED: February 10, 2012            Respectfully Submitted,

/s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant
JACK HAROUN

Dated: February 10, 2012

/s/ R. Steven Lampham
R. STEVEN LAPHAM
Assistant United States Attorney

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: 3/26, 2012

*/s/ John A. Mendez*
JUDGE JOHN A. MENDEZ,
UNITED STATES DISTRICT COURT