**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
15910 Ventura Blvd.
Suite 1030
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant,
**JACK HAROUN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-10-260-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | |
| JACK HAROUN, | Current Sentencing Date |
| Defendant. | DATE:  07/09/2013<br>TIME:   9:45AM<br>PLACE: Honorable John A. Mendez,<br>            Judge of the United States District<br>            Court |

IT IS HEREBY stipulated between defendants Jack Haroun and Wholesale Palace, Inc., through their undersigned counsel Alex Kessel, and the United States of America, through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, that the sentencing hearing presently set for July 9, 2013, at 9:45 a.m., be continued to September 24, 2013, at 9:45 a.m.

The parties stipulate and agree to the continuance based on the following grounds:

1. Defense Counsel is scheduled to begin trial on July 7, 2013, in the matter of People v. Felix Lopez, Case No.: BA379433, in Department 100 of the Los Angeles County Superior Court, Clara Shortridge Foltz Criminal Justice Center. This is a murder case wherein defendant is in custody. Trial is estimated to last three weeks.

2. On July 30, 2013, Defense Counsel is further set for trial in United States v.

1

Kessedjian, Case No.: 1:11-cr-00237 in the Eastern District of California. Trial is estimated to last 4 to 5 days.

3. Defense Counsel has a prepaid family vacation out of the country from August14th through Labor Day.

4. Defendant agrees to this requested continuance of his sentencing .

Dated: July 1, 2013                    Respectfully Submitted,

/s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant
JACK HAROUN

Dated: July 1, 2013

/s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant United States Attorney

## ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED** that the sentencing hearing presently set for July 9, 2013, at 9:45 a.m., be continued to September 24, 2013, at 9:45 a.m.

DATED: July 1, 2013

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ,
JUDGE OF THE UNITED STATES DISTRICT COURT