**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
15910 Ventura Blvd.
Suite 1030
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant,
**JACK HAROUN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CASE NO. CR-10-260-JAM |
| **Plaintiff,** | ) **ORDER CONTINUING SENTENCING HEARING** |
| v. | ) |
| **JACK HAROUN,** | ) Current Sentencing Date |
| | ) DATE:  January 28, 2014 |
| | ) TIME:  9:45A.M. |
| **Defendant.** | ) PLACE: Honorable John A. Mendez, |
| | )        Judge of the United States District |
| | )        Court |

**GOOD CAUSE APPEARING, IT IS SO ORDERED** that the sentencing hearing presently set for January 28, 2014, at 9:45 a.m., be continued to March 4, 2014, at 9:45 a.m.

DATED: 1/22/2014          /s/ John A. Mendez
                          HONORABLE JOHN A. MENDEZ,
                          JUDGE OF THE UNITED STATES DISTRICT COURT

1