**ALEX R. KESSEL (State Bar No. 110715)**
15910 Ventura Blvd.
Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**JACK HAROUN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>vs.<br>JACK HAROUN<br>            Defendant | CASE NO. 2:10-CR-260-JAM<br><br>ORDER FOR PERMISSION TO TRAVEL |

    IT IS HEREBY ORDERED that Defendant Jack Haroun, be permitted to leave the jurisdiction of the Central District of California to travel to Beirut, Lebanon to see his only sister who is dying of cancer (See letter from doctor, attached hereto as Exhibit A). Defendant will be traveling for a period of 14 days and will return to the United States no later than May 13, 2014.

    IT IS FURTHER ORDERED that Defendant, upon arriving in Beirut, Lebanon shall contact his pretrial services officer and advise her of the defendant's location and upon return to his place of residence in the Central District shall contact his pretrial services officer and advise her of defendant's return from Beirut, Lebanon.

FURTHER, IT IS ORDERED that Defendant's passport be release from pretrial services to him for purpose of this trip abroad. The passport must be returned upon arrival from the trip to pretrial officer Ileen De Gonia.

IT IS SO ORDERED

Dated: 4/3/2014

/s/ John A. Mendez
Honorable JOHN A. MENDEZ
United State District Court Judge