**ALEX R. KESSEL (State Bar No. 110715)**
15910 Ventura Blvd.
Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant
**JACK HAROUN**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JACK HAROUN<br>　　　　　Defendant | **CASE NO. CR-10-260-JAM**<br><br>**ORDER CONTINUING SENTENCING HEARING**<br><br>**Current Sentencing Date:**<br>**DATE: April 8, 2014**<br>**TIME: 9:45 A.M.**<br>**PLACE: Honorable John A. Mendez, Judge of the United States District Court** |

**GOOD CAUSE APPEARING, IT IS SO ORDERED** that the sentencing hearing presently set for April 8, 2014, at 9:45 a.m., be continued to May 20, 2014, at 9.45 a.m.

DATED: 4/2/2014　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　JUDGE OF THE UNITED STATES DISTRICT COURT

- 1 -