**FILED**
APR -2 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-cr-0260-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER TRANSFERRING FUNDS DEPOSITED BY DEFENDANT** |
| JACK HAROUN, and WHOLESALE PALACES, INC. | |
| Defendants. | |

In March 2014, Defendant Jack Haroun ("Defendant") deposited $554,000 with the Court. The Court orders that these funds and any interest earned be transferred from the Court's interest-bearing account into the Court's deposit fund pending Defendant's sentencing.

IT IS SO ORDERED.

April 2, 2014

_____
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

1