1  **ALEX R. KESSEL (State Bar No. 110715)**
2  15910 Ventura Blvd.
   Suite 1030
3  Encino, California 91436
   Telephone: (818) 995-1422
4  Facsimile: (818) 788-9408

5  Attorney for Defendant
6  **JACK HAROUN**

7  **UNITED STATES DISTRICT COURT**

8  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK HAROUN<br>          Defendant | **CASE NO. CR-10-260-JAM**<br><br>**ORDER CONTINUING SENTENCING HEARING**<br><br>**Current Sentencing Date:**<br>**DATE: May 20, 2014**<br>**TIME: 9:45 A.M.**<br>**PLACE: Honorable John A. Mendez, Judge of the United States District Court** |
|---|---|

**GOOD CAUSE APPEARING, IT IS SO ORDERED** that the sentencing hearing presently set for May 20, 2014, at 9:45 a.m., be continued to July 29, 2014, at 9:30 a.m.

DATED: May 15, 2014

/s/ JOHN A. MENDEZ_____
HONORABLE JOHN A. MENDEZ
JUDGE OF THE UNITED STATES DISTRICT COURT

- 1 -