UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



MEMORANDUM

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | RE: **Jack Boutros Haroun**<br>**Docket Number: 2:10CR00260-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Jack Boutros Haroun is requesting permission to travel to Rome, Italy. Jack Boutros Haroun is current with all supervision obligations, and all of his monetary obligations have been paid in full. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On July 29, 2014, Jack Boutros Haroun was sentenced for the offense(s) of 18 USC 1341 – Mail Fraud (Class C Felony).

**Sentence Imposed:** One day custody Bureau of Prisons; 36 month Term of Supervised Release; $554,000 restitution; $7,500 fine; $100 special assessment. No firearms; DNA collection, Mandatory UA testing.

**Dates and Mode of Travel:** October 20, 2015, to October 30, 2015, aboard a cruise ship.

**Purpose:** To attend a family reunion aboard a cruise ship and spend time with his family.

RE: **Jack Boutros Haroun**
    **Docket Number: 2:10CR00260-001**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Vladimir Pajcin

VLADIMIR PAJCIN
United States Probation Officer

Dated:   October 9, 2015
         Roseville, California
         VP:jc

/s/ Shari R. Simon
for

**REVIEWED BY:**   **MICHAEL A. SIPE**
                  **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒ Approved   ☐ Disapproved

10-14-2015
**Date**

John A. Mendez
United States District Judge

2